**Opinion issued February 14, 2013**



**In The**

# Court of Appeals
**For The**
# First District of Texas

———

**NO. 01-11-01102-CV**

———

**MONROE J. LEWIS, Appellant**

**V.**

**KOA GROUP, INC., Appellee**

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 993111**

---

## MEMORANDUM OPINION

Appellant Monroe J. Lewis has failed to timely file a brief. *See* TEX. R. APP.

P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to

file brief).

Appellant's brief was first due on May 28, 2012. After being notified that this appeal was subject to dismissal, appellant did not respond. *See* TEX. R. APP. P. 38.8(a)(1) (authorizing dismissal for failure to file brief); 42.3(b) (allowing involuntary dismissal of case).

We dismiss the appeal for want of prosecution. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Brown.